Jason M. Rhodes, WSBA No.: #31883
JMR LAW GROUP PLLC
118 N. 36TH STREET, SUITE B
SEATTLE, WA 98103

Attorney for Plaintiff
BALL & CHAIN LLC

MIN LEE
VP/ASSOCIATE GENERAL COUNSEL
1745 BROADWAY
NEW YORK, NEW YORK 10019
EMAIL: MILEE@RANDOMHOUSE.COM

Attorney for Defendant
RANDOM HOUSE, INC.

THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BALL & CHAIN LLC., a Washington limited liability company,<br><br>       Plaintiff,<br><br> v.<br><br>RANDOM HOUSE, INC., a New York corporation,<br><br>       Defendant. | Case No.: 2:10−cv−00235−MJP<br><br>STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

STIPULATED DISMISSAL WITH PREJUDICE- 1
Case No.: 2:10−cv−00235−MJP

JMR LAW GROUP PLLC
Suite B. · 118 N. 36TH Street
Seattle, Washington 98103-8634
206.633.7833 – ip@jmrlawgroup.com

1

2       Plaintiff, BALL & CHAIN LLC., by and through its counsel, Jason M. Rhodes of JMR

3 Law Group, and Defendant RANDOM HOUSE, INC., by and through its counsel, Min Lee, hereby

4

5 notify the Court that the parties have resolved the above-captioned dispute pursuant to a Confidential

6 Settlement Agreement duly executed by the parties, effective as of April 20, 2010.

7       Therefore, pursuant to their Settlement Agreement, the parties stipulate to the dismissal of

8 this action with prejudice, with each party to bear its own costs and fees, pursuant to Fed. R. Civ. P.

9 41(a)(1)(A)(i).

STIPULATED DISMISSAL WITH PREJUDICE- 2
Case No.: 2:10−cv−00235−MJP

JMR Law Group PLLC
Suite B. · 118 N. 36TH Street
Seattle, Washington 98103-8634
206.633.7833 – ip@jmrlawgroup.com

DATED this 21st day of April, 2010.

**JMR LAW GROUP PLLC**

/s/ Jason M. Rhodes
JASON M. RHODES, WSBA NO. 31883
118 N. 36TH STREET, SUITE B.
SEATTLE, WA 98103
TELEPHONE: (206) 633-7833
FAX: (206) 733-7834
E-MAIL: JASON@JMRLAWGROUP.COM

ATTORNEY FOR PLAINTIFF
BALL & CHAIN LLC

STIPULATED DISMISSAL WITH PREJUDICE- 3
Case No.: 2:10−cv−00235−MJP

JMR LAW GROUP PLLC
Suite B. · 118 N. 36TH Street
Seattle, Washington 98103-8634
206.633.7833 – ip@jmrlawgroup.com

**RANDOM HOUSE, INC.**

    /s/ Min Lee
M<small>IN</small> L<small>EE</small>
VP/A<small>SSOCIATE</small> G<small>ENERAL</small> C<small>OUNSEL</small>
1745 B<small>ROADWAY</small>
N<small>EW</small> Y<small>ORK</small>, N<small>EW</small> Y<small>ORK</small> 10019
T<small>ELEPHONE</small>: (212) 782-8955
E<small>MAIL</small>: <small>MILEE@RANDOMHOUSE.COM</small>


A<small>TTORNEY FOR</small> D<small>EFENDANT</small>
RANDOM HOUSE, INC.

STIPULATED DISMISSAL WITH PREJUDICE- 4
Case No.: 2:10−cv−00235−MJP

JMR L<small>AW</small> G<small>ROUP</small> <small>PLLC</small>
Suite B. · 118 N. 36<small>TH</small> Street
Seattle, Washington 98103-8634
206.633.7833 – ip@jmrlawgroup.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of April 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, and I sent notification of such filing to the following:

Min Lee, Email: milee@randomhouse.com
Attorney for Defendant

By /s Jason M. Rhodes
JASON M. RHODES, WSBA NO. 31883
118 N. 36TH STREET, SUITE B.
SEATTLE, WA 98103
TELEPHONE: (206) 633-7833
FAX: (206) 733-7834
E-MAIL: JASON@JMRLAWGROUP.COM

ATTORNEY FOR PLAINTIFF
BALL & CHAIN LLC

STIPULATED DISMISSAL WITH PREJUDICE- 5
Case No.: 2:10−cv−00235−MJP

JMR LAW GROUP PLLC
Suite B. · 118 N. 36TH Street
Seattle, Washington 98103-8634
206.633.7833 – ip@jmrlawgroup.com